# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151311

TIMOTHY A. CARL,
   Plaintiff-Appellant,

v

               SC: 151311
               COA: 319017
MUSKEGON COUNTY, MARK BURNS, Muskegon CC: 12-048776-CZ
TODD GILCHRIST, THERESA JONES-BURTON,
BRIAN BONSTELL, LEONARD BETHKE and
BRENDAN BOWEN, Personal Representatives of
the Estate of CHRISTY BOWEN, DARRYL
HAIRSTON, JASON CERKA, RICHARD TOPP,
SCOTT SMITH, DEAN ROSELER as Muskegon
County Sheriff and Individually, and STEVEN J.
WEINERT,

    Defendants,

and

KATHERINE A JAWOR, D.O.,
   Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the February 26, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



a1202

              Clerk